COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER TO FILE COMPLETE CLERK'S RECORD

Appellate case name:      Ralph O. Douglas v. Joyce Booker
Appellate case number:    01-11-00026-CV
Trial court:                 129th District Court of Harris County, Texas
Trial court case number:   2005-80795

On January 10, 2012, the Court issued an order allowing appellant to proceed without advance payment of costs and ordered the District Clerk to file the clerk's record within 30 days. In the clerk's record filed with the Court on April 11, 2012, the caption indicates this is the *fourth* clerk's record prepared for this case, and the index lists a number of documents submitted in previously filed clerk's records. Many of the documents listed as previously submitted were filed in clerk's records prepared for appellate case number 01-06-01069-CV, and the records on that appeal are no longer available. One other clerk's record, the clerk's record on indigence, has been filed with the Court and only contains those documents relevant to the indigence portion of this case. The clerk's record on this appeal is incomplete.

On May 10, 2012, the Clerk of this Court notified the District Clerk of the deficiencies in the clerk's record in this case and directed the District Clerk to file the complete clerk's record by May 20, 2012. The District Clerk did not respond to the notice.

The trial court clerk is responsible for preparing, certifying, and timely filing the clerk's record when, as here, a notice of appeal has been filed and appellant is entitled to proceed without paying the fee for the record. *See* TEX. R. APP. P. 35.3(a).

Accordingly, the District Clerk is **ORDERED** to file the complete clerk's record within 10 days of the date of this order. *See* TEX. R. APP. P. 34.5(a), (c), 35.3(c).

Judge's signature: /s/ <u>Justice Terry Jennings</u>
                      ☑ Acting individually      ☐  Acting for the Court

Date: June 29, 2012